IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THE PEOPLES BANK AND TRUST COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-JEO-0310-S |
| ) | |
| DREW LOFSTAD, BROOKE M. LOFSTAD, and CLYDE LOFSTAD, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 20) is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the plaintiffs' motion for summary judgment is due to be granted as to Drew and Brooke Lofstad and denied as to Clyde Lofstad. An appropriate order will be entered.

**DONE**, this 22nd day of July, 2004.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE